In the Matter of JOHN G. PEMBLETON, an Attorney.— Reference ordered. Present — Martin, P. J., McAvoy, O'Malley, Townley and Cohn, JJ.

In the Matter of JACOB RUD (Also Known as JACOB RUDD), an Attorney.— Reference ordered. Present — Martin, P. J., McAvoy, O'Malley, Townley and Cohn, JJ.

In the Matter of RUTH WHITEHEAD WHALEY, an Attorney.— Motion denied. Present — Martin, P. J., McAvoy, O'Malley, Townley and Cohn, JJ.

MOLLIE UNGER, Appellant, Respondent, v. LAND ESTATES, INCORPORATED, Defendant, Impleaded with D. WILLIAM LEIDER, as Receiver of LAND ESTATES, INCORPORATED, MORTGAGE COMMISSION OF THE STATE OF NEW YORK and MORTGAGE COMMISSION SERVICING CORPORATION, Respondents, Appellants.— Order, so far as appealed from, unanimously modified by further granting plaintiff's motion for examination of defendants as to item 10, striking from said item, however, all after the words " good repair and working order;" also by allowing item 11, and striking from item 9 the word " proper;" and by directing defendants to make the statements required under section 328 of the Civil Practice Act, and as so modified affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

ROYAL INDEMNITY COMPANY v. NEW YORK CASUALTY COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.

KATHERINE SPECTOR and SARAH SPECTOR v. NEWS SYNDICATE Co. INC., a Corporation Trading as " DAILY NEWS," and ED SULLIVAN.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Townley, Glennon, Untermyer and Cohn, JJ.

RICHARD R. MAMLOK v. THE COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSOCIATION OF AMERICA.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.

In the Matter of the Judicial Settlement of the Account of JACOB GROSS, Executor, etc., of SARAH SNOPEK, Also Known as SARAH STEUER, Deceased, v. NATHAN SNOPEK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

JENNIE SLAVIN v. METROPOLITAN LIFE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.

M. H. TREADWELL COMPANY, INC., v. UNITED STATES FIDELITY & GUARANTY Co.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

CAR & GENERAL INSURANCE CORPORATION, LIMITED, and Another v. MARKET GARAGE, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.

KARL IVANOVITCH MEJULIS and Another v. FIRST RUSSIAN INSURANCE COMPANY. LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator, etc., BARNEY B. SCHLINGER, Temporary Receiver.— Motion for

leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.